U.S. ~~DISTRICT~~ District COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

AFFIDAVIT

RECEIVED

Eloise Simmons
_____
Plaintiff

VS.

Mc Terrell Educational Center
D.C. Public School
_____
Defendant

CASE NO. 1:08-CV-00388 JR

I, Edwin Jarnagin, having been duly authorized to make service of Summons and Complaint in the above entitled case hereby depose and says:
That my age is 60 and date of birth is _____
That my residential address is Washington, DC
That my business address is 1617 Holbrook St. N.E. Apt 1
That I am not a party to or otherwise interested in this suit

That at 3:40 PM O'clock, on the 17 day of March 2008, I served the within named defendant(s) M.C. Terrell Educational Center by leaving a copy of the Initial Order & Summons of Complaint at his/her usual place of abode or (employment) at: Office of Attorney General / 825 N. Capitol St NW Suite 9095, Washington, D.C., with Bryant Hines (Program Support) Authorized to Accept, a person of reasonable age and discretion, then residing therein as directed by the plaintiff.

| | Race | Sex | Height | Weight | AGE |
|---|---|---|---|---|---|
| Description | B | M | 5'7" | 165 | 31 |

Signature of Process Server

Subscribe and sworn to before me this 28th day of March, 2008

Notary Public/~~Deputy Clerk~~ 10-31-2011

RECEIVED
MAR 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MC Terrell Educational Center
3301 Wheeler Road SE

Office of Attorney General
825 N. Capitol St. Suite 9095

Serve on: X Bryant H_____

** ATTEMPTS ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** **

DATE    TIME    COMMENTS

1. 3/14/08  3:01 am/**pm**   Wrong Address to Serve. Will not
2. __/__/__  __:__ am pm   Accept. 3301 Wheeler Rd. SE
3. __/__/__  __:__ am pm   _____
4. __/__/__  __:__ am pm   _____
5. __/__/__  __:__ am pm   _____
6. __/__/__  __:__ am pm   _____

** ACTUAL SERVICE ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** **

Date: 3/17/08   Time: 3:40 am/**pm**

If substitute: SERVED ON: Bryant Hines    RELATIONSHIP: Program Support

Address if different from above: _____

Age: 31  Sex: **M** F  Race: B W H A  B   Ht: 5'7"  Wt: 165  Hair: Bl  Eyes: Br

Comments: _____

US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

2008 MAR 28 AM 3: 47

AFFIDAVIT RECEIVED

CLERK
US DISTRICT & BANKRUPTCY COURTS

Eloise Simmons
_____
Plaintiff

VS.

Office of Attorney General
for District of Columbia
_____
Defendant

CASE NO. 1:08-CV-00388 JR

I, Edwin Jarnagin, having been duly authorized to make service of Summons and Complaint in the above entitled case hereby depose and says:
   That my age is 60 and date of birth is _____
   That my residential address is Washington, DC
   That my business address is 1617 Holbrook St. N.E. Apt 1
   That I am not a party to or otherwise interested in this suit

That at 4:31 PM O'clock, on the 17 day of March 2008, I served the within named defendant(s) Office of Attorney General by leaving a copy of the Initial Order & Summons of Complaint at his/her usual place of abode or (employment) at:

441 4th St. NW 6th Floor, Washington, D.C., with Darlene Fields (B/F) Authorized to Accept, a person of reasonable age and discretion, then residing therein as directed by the plaintiff.

|  | Race | Sex | Height | Weight | AGE |
|---|---|---|---|---|---|
| Description | B | F | 5'4" | 160 | 45 |

Edwin Jarnagin
Signature of Process Server

Subscribe and sworn to before me this 28th day of March, 2008

Rosman Little 10-31-2011
Notary Public/Deputy Clerk

Serve on: OFFICE OF ATTORNEY GENERAL
441 4TH St. NW 6TH FLOOR
*Darlene Fields*

** ATTEMPTS ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** **

DATE     TIME          COMMENTS

1. __/__/__  __:__ am pm  _____
2. __/__/__  __:__ am pm  _____
3. __/__/__  __:__ am pm  _____
4. __/__/__  __:__ am pm  _____
5. __/__/__  __:__ am pm  _____
6. __/__/__  __:__ am pm  _____

** ACTUAL SERVICE ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** **

Date: 3/17/08  Time: 4:31 am/pm

If substitute: SERVED ON: Darlene Fields   RELATIONSHIP: R/A

Address if different from above: _____

Age: 45  Sex: M (F)  Race: B W H A  B   Ht: 5'4"  Wt: 160  Hair: BL  Eyes: BL
Comments: _____