**U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

2008 MAR 28 AM 3:46
RECEIVED

2008 MAR 28 AM 3:46
RECEIVED

AFFIDAVIT

Eloise Simmons
_____
Plaintiff

VS.                                    CASE NO. 1:08-CV-00388

Mayor Adrian Fenty
_____
Defendant

I, Edwin Jarnagin, having been duly authorized to make service of Summons and Complaint in the above entitled case hereby depose and says:
  That my age is 60 and date of birth is _____
  That my residential address is Washington, DC
  That my business address is 1617 Holbrook St. N.E. Apt 1
  That I am not a party to or otherwise interested in this suit

That at 3:35 PM O'clock, on the 18 day of MARCH 2008, I served the within named defendant(s) MAYOR ADRIAN FENTY by leaving a copy of the Initial Order & Summons of Complaint at his/her usual place of abode or (employment) at: OFFICE OF SECRETARY 1350 PA. AVE, NW, Washington, D.C., with ARLETHIA THOMPSON (EXECUTIVE ASST) AUTHORIZED TO ACCEPT, a person of reasonable age and discretion, then residing therein as directed by the plaintiff.

Description
| Race | Sex | Height | Weight | AGE |
|------|-----|--------|--------|-----|
| B | F | 5'9" | 240 | 33 |

Signature of Process Server: Edward Jarnagin

Subscribe and sworn to before me this 28th day of March 2008
Rosanna Settle
Notary Public/Deputy Clerk 10-31-2011

RECEIVED
MAR 28 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Mayor Adrian Fenty
Office of Secretary
1350 PA Ave, NW 4th Floor

Serve on: X A. Thompson

** ATTEMPTS ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** **

DATE      TIME          COMMENTS

1. __/__/__  __:__ am pm  _____
2. __/__/__  __:__ am pm  _____
3. __/__/__  __:__ am pm  _____
4. __/__/__  __:__ am pm  _____
5. __/__/__  __:__ am pm  _____
6. __/__/__  __:__ am pm  _____

** ACTUAL SERVICE ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** **

Date: 3/18/08  Time: 3:35 am/(pm)

If substitute: SERVED ON: Arlethia Thompson  RELATIONSHIP: Executive Asst

Address if different from above: _____

Age: 33  Sex: M (F)  Race: B W H A  B  Ht: 5'9"  Wt: 240  Hair: Bl  Eyes: Br
Comments: _____
_____
_____