UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELOISE SIMMONS, *et al.*,          :
                                   :
    Plaintiffs,                 :
                                   :
  v.                               : Civil Action No. 08-0388 (JR)
                                   :
MC TERRELL EDUCATIONAL CENTER,     :
*et al.*,                          :
                                   :
    Defendants.                 :

### ORDER

Plaintiff had until 4/16/08 to respond to defendant's motion to dismiss, which was filed and served electronically on 4/2/08: 3 days for service, Fed.R.Civ.P. 5(b)(2)(E), and 11 days thereafter, LCvR 7(b).  No response was timely filed.  The motion to dismiss [#4] is **granted as conceded.**  The Clerk is directed to set an initial scheduling conference with respect to the surviving IDEA claim.

                                              JAMES ROBERTSON
                                  United States District Judge