IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOISE SIMMONS,<br>Mother and Next Friend of J.S.,<br>a Minor, et al.,<br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br>    Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 08-0388 (JR)<br>)<br>)  Judge: Hon. James Robertson-<br>)<br>) |

## Parties' Joint Meet and Confer Statement

Counsel for the parties conferred by E-mail on April 29, and 30, 2008, pursuant to LC v. R 16.5 and respectfully submit the following:

1. This case can be decided by dispositive motion.
2. The parties do not anticipate the need for joining parties.
3. The parties may amend the pleadings.
4. The parties believe that the factual and legal issues can be agreed upon or narrowed within 30 days of the initial scheduling conference.
5. The parties agree that settlement does not seem possible at this time.
6. The parties do not believe that ADR will be beneficial in this case.
7. The parties propose the following schedule:
    a. Defendant filed the administrative record on July 7, 2008.
    b. Plaintiff will file its Motion for Summary Judgment no later than August 11, 2008.
    c. Defendants will file their Cross Motion for Summary Judgment no later than September 8, 2008.
    d. Plaintiff will file Opposition and Reply no later than September 22, 2008.
    e. Defendants will file their Reply no later than October 10, 2008.
8. The parties do not believe there is a need for disclosure under Fed. R. Civ. P. 26(a)(1).
9. Plaintiffs plan to call expert witnesses.

1

10. The instant case is not a class action.

11. There is no need to bifurcate discovery or trial.

12. The parties do not believe there are any other matters to consider at this time.

        Respectfully Submitted,
        Law Offices of Olekanma A. Ekekwe, PC

        */s/ Olekanma Ekekwe*
        Olekanma A. Ekekwe, D.C. Bar# 479967
        Attorney for Plaintiffs
        1001 Pennsylvania Avenue NW
        Suite 600
        Washington, DC 20004
        (202) 742-6694 (ph)
        (800) 524-2370 (fax)


        */s/marie Merkowitz*
        Marie Merkowitz, DC Bar # 312967
        Attorney for Defendants
        Office of the Attorney General for the
        District of Columbia
        441 4th St., NW
        Washington, DC 20001

IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOISE SIMMONS,<br>Mother and Next Friend of J.S.,<br>a Minor, et al.,<br>    Plaintiff,<br><br>        v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 08-0388 (JR)<br>)<br>) Judge: Hon. James Robertson-<br>)<br>)<br>) |

## PROPOSED SCHEDULING ORDER

Upon consideration of the joint report of the parties submitted pursuant to LCvR 16.3(d), and after a scheduling conference held in open Court on the _____ day of _____, 2007/2008, it is hereby **ORDERED** that:

1. Plaintiffs shall have until August 11, 2008, to file their Motion for Summary Judgment.

2. Defendant shall file its Opposition and/or Cross Motion for Summary Judgment on or before September 8, 2008.

3. Plaintiffs shall file their Opposition and/or Response thereto on or before September 22, 2008.

4. Defendant shall file its Reply on or before October 10, 2008

5. This Schedule shall be modified, where all parties consent, or upon a showing of good cause and/or by leave of Court. *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).

**SO ORDERED.**

_____
**Honorable James Robertson,
U.S. District Court Judge**