UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELOISE SIMMONS, mother and next friend of J.S., a minor, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 08-0388 (JR) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant Attorney General Juliane T. DeMarco and withdraw the appearance of Senior Assistant Attorney General Maria L. Merkowitz on behalf of the Defendant District of Columbia in the above-captioned case.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2

**/s/ Juliane T. DeMarco**
JULIANE T. DEMARCO [#490872]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor
Washington, D.C. 20001
(202) 724-6614
(202) 741-0575 (fax)

July 2, 2008        E-mail: Juliane.DeMarco@dc.gov